IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, etc., | CASE NO. CV F 12-0659 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 12.) |
| vs. | |
| ELIZABETH D. KIPP, etc., | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this action in its entirety;
2. VACATES all pending matters and dates, including the October 30, 2012 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: September 13, 2012 /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1